# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV396

| | |
|---|---|
| COMERCIAL PABLO, C. por A., <br>     Plaintiff <br><br> vs. <br><br> GENERAL TIRE INTERNATIONAL COMPANY, <br>     Defendant. | ) <br> ) <br> ) <br> )     **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiff's Motion for Protective Order" (Document No. 28), filed May 13, 2004 by Comercial Pablo, C. por A. ("Comercial Pablo"); the "Defendant General Tire International Company's Motion to Compel" (Document No. 29) and the "Defendant ... Memorandum in Opposition to Plaintiff's Motion for Protective Order and in Support of ... Motion to Compel " (Document No. 30), filed May 27, 2004 by General Tire International Company ("General Tire"); and the "Plaintiff's Reply Brief in Support of Protective Order and Brief in Opposition to Motion to Compel" (Document No. 31), filed June 8, 2004. For the reasons set forth in the hearing held Monday, May 23, 2005, the undersigned will grant the Motion for Protective Order and deny the Motion to Compel.

**IT IS, THEREFORE, ORDERED** that

    1.    the "Plaintiff's Motion for Protective Order" (Document No. 28) is hereby **GRANTED**, and

    2.    the "Defendant General Tire International Company's Motion to Compel" (Document No. 29) is **DENIED**.

**IT IS FURTHER ORDERED** that Comercial Pablo shall not be required to respond to the

"Defendant's First Set of Interrogatories to Plaintiff" or the "Defendant's First Request for Production of Documents to Plaintiff" until the pending Motion for Summary Judgment (Document No. 7) has been resolved. The Court is explicitly not entering a blanket stay of discovery.

**Signed: May 23, 2005**

David C. Keesler
United States Magistrate Judge