IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:03-CV-396-W

| | |
|---|---|
| COMERCIAL PABLO, C. por A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| GENERAL TIRE INTERNATIONAL ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes now before the Court on the parties' joint motion for continuance and stay of trial (Doc. No. 48). The motion advises the Court that the parties have settled all matters in controversy. Therefore this matter is STAYED subject to the right of any party to file a motion to reopen the case should settlement not be consummated and a Stipulation of Dismissal filed on or before **May 15, 2007**. This matter is hereby DISCONTINUED from the Court's final pretrial and trial calendars.

IT IS SO ORDERED.

Signed: December 10, 2006

Frank D. Whitney
United States District Judge