# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:03-CV-396-W

| | |
|---|---|
| COMMERCIAL PABLO, C. por A.,  Plaintiff, vs. GENERAL TIRE INTERNATIONAL COMPANY, Defendant. | ORDER |

THIS MATTER is before the Court on the parties' joint motion to extend the stay of this action (Doc. No. 50), which was originally granted by the Court on December 10, 2006 (Doc. No. 49). The motion advises the Court that the parties have settled all matters in controversy and that the settlement agreement has been performed in full by Defendant, with the exception of Plaintiff's receipt and inspection of one final shipment. For the reasons stated in the joint motion, the Court GRANTS the Joint Motion to Extend Stay (Doc. No. 50). The parties are directed to file their Stipulation of Dismissal within five (5) days after the final shipment has been received and inspected by Plaintiff or by June 15, 2007, which ever occurs *first*. No more continuances will be granted in this matter.

IT IS SO ORDERED.

Signed: May 10, 2007

Frank D. Whitney
United States District Judge